# ** CIVIL MOTION MINUTES **

Date: 11/07/14      Judge: Hilton
                    Reporter: Westfall

Time: 10:00 to 10:15


Civil Action Number:  1:13cv1382

John Foster-Bey, et al. vs Sherrie S. Wain, et al.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Jennifer Brust | Charles Simms |
| Courtney Abbott | Gretchen Byrd |

Appearance of Counsel.

Defendant's [48] Motion for Partial Summary Judgment – Denied.

Defendants' [72] Motion in Limine to Exclude the Testimony of Mark Vogel – Denied to being raised at the time of trial.

Defendants' [74] Motion in Limine to Exclude the Testimony of Pltfs' Expert Paul Horn - Granted.

Defendants' [80] Motion in Limine to Exclude the Testimony of Pltfs' Expert Christina Greathouse, or in the alternative, to Limit her Testimony to the Opinions and Basis Stated in her Initial Report - Denied.