IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOHN FOSTER-BEY, et al. | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:13-cv-01382 ) ) |
| SHERRIE WAIN, et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

THIS MATTER comes before the Court on Defendants' Motion in Limine to Exclude the Testimony of Plaintiffs' Expert Paul Horn. For reasons stated from the bench, it is hereby

ORDERED that Defendants' Motion in Limine is GRANTED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 10, 2014