UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| JOHN FOSTER-BEY, in his capacity as Trustee of and Participant under the CSR, Incorporated Employee Stock Ownership Plan, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.: 1:13-CV-1382 |
| v. | ) ) | (CMH/JFA) |
| SHERRIE S. WAIN, *et al.*, | ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the above-entitled action be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

It is hereby ORDERED that this action shall be, and hereby is DISMISSED in its entirety WITH PREJUDICE.

ENTERED this ___ day of _____, 20___.

_____
Claude M. Hilton, Senior Judge
United States District Court for the
Eastern District of Virginia, Alexandria Division

00557432-2

1

SEEN AND AGREED:

/s/ Jennifer A. Brust
Jennifer A. Brust, Esq. (VSB No.: 29707)
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
jbrust@beankinney.com
*Counsel for Plaintiffs*

SEEN AND AGREED:

/s/ Charles M. Sims
Charles M. Sims, Esq. (VSB No.35845)
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 343-5091
Facsimile:  (804) 783-7655
charles.sims@leclairryan.com
*Counsel for Defendants*

SEEN AND AGREED:

/s/ Courtney R. Abbott
Courtney Renee Abbott (VSB No. 82948)
Gordon & Rees LLP (DC)
700 12th Street NW
Suite 1050
Washington, DC 20005
(202) 399-1009
(202) 800-2999 (Fax)
cabbott@gordonrees.com
*Counsel for Counter-Defendants*